**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| DORANCE MOSQUERA-JARA,<br><br>Petitioner,<br><br>v.<br><br>SAM OLSON, MARKWAYNE MULLIN, TODD BLANCHE, SCOTT SMITH, DALE J. SCHMIDT, U.S. DEPARTMENT OF HOMELAND SECURITY, and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Respondents. | Case No. 26-CV-1416-JPS<br><br>**ORDER** |

Petitioner, Dorance Mosquera-Jara ("Mosquera-Jara"), filed a petition for a writ of habeas corpus on August 19, 2026. ECF No. 1. The Court screened the petition on August 28, 2026, and ordered that Respondents file a response within 10 days of receiving the Court's screening order. ECF No. 4. That same day, the screening order was mailed to Respondents and electronically transmitted to the Office of the U.S. Attorney for the Eastern District of Wisconsin. Petitioner has now moved this Court for an order to either enforce or verify the deadline imposed by the screening order. For the reasons stated below, the Court will grant Petitioner's motion.

"Absent an established date of receipt, there is a presumption that letters are received five days from the mailing date." *Hardiman v. Lipnic*, 455 F. Supp. 3d 693, 701–02 (N.D. Ill. 2020) (citing *Loyd v. Sullivan*, 882 F.2d 218, 218 (7th Cir. 2001) and *Bobbit v. Freeman Cos.*, 268, F.3d 535, 538 (7th Cir.

2001)). The Court therefore presumes that Respondents were required to respond to the Petition by at least September 9, 2026, ignoring the electronic notice of the screening order delivered to the U.S. Attorney's Office.

The Court therefore will order that Respondents respond to the petition within three days of receipt of this Order, along with a motion to extend time. In their motion to extend, Respondents must show good cause for their delay. *See* FED. R. CIV. P. 6(b). Otherwise, the Court will proceed with adjudicating the case on the merits based on the petition.

Accordingly,

**IT IS ORDERED** that Petitioner's motion for prompt consideration and verification of compliance, ECF No. 6, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send this Order to Respondents; and

**IT IS FURTHER ORDERED** that within **three (3) days** of receipt of this Order, Respondents shall file a response to the petition and a motion to extend time.

Dated at Milwaukee, Wisconsin, this 21st day of September, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge