# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DORANCE MOSQUERA-JARA,

Petitioner,

v.

SAM OLSON, MARKWAYNE MULLIN, TODD BLANCHE, SCOTT SMITH, US DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, AND DALE J. SCHMIDT,

Respondents.

Case No. 26-CV-1416-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, be and the same is hereby **GRANTED;**

**IT IS FURTHER ORDERED AND ADJUDGED** that **within twenty-four (24) hours** of this Order, Petitioner be released.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

LINDA M. KLEMM
Clerk of Court

October 9, 2026 | *s/ K. Hubacz*
Date | By: Deputy Clerk